UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| HELAYNE SEIDMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 0:19-cv-00165-AW-GRJ |
| PAGEZ MEDIA, LLC | ) |
| Defendant. | ) |

## DEFENDANT'S FIRST MOTION TO DISMISS

Come now Defendant, PAGEZ MEDIA, LLC, by and through undersigned counsel and hereby move to dismiss the Complaint. This motion is made on the grounds that the Plaintiff's attorney, Richard Liebowitz, is not admitted to practice before the United States District Court for the Northern District of Florida.

Respectfully submitted this 19th day of September, 2019.

LAW OFFICE OF THOMAS MCDERMOTT, LLC

/s Thomas McDermott
Thomas McDermott
Fla. Bar No. 0108906
901 NW 8th Avenue, Suite B-17
Gainesville FL 32601
Tel. (352) 283-2114
mcdermott.lawyer@gmail.com
Attorney for the Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of September, 2019, the foregoing Defendant's First Motion to Dismiss was served on Plaintiff's counsel Richard P. Liebowitz, Esq., *RPL@LiebowitzLawFirm.com*, via electronic mail.

/s Thomas McDermott

1