# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION
# CASE NO. 1:19-cv-00165-AW-GRK

**HELAYNE SEIDMAN,**
　　*Plaintiffs*,

- vs -

**PAGEZ MEDIA LLC**
　　*Defendant.*
_____/

# PLAINTIFF'S MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* BY RICHARD LIEBOWITZ, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

　　Pursuant to Local Rule 11.1(D), Plaintiff Helayne Seidman respectfully asks the Court to permit Richard Liebowitz, a licensed member of the New York State Bar, to appear *pro hac vice* in this matter.

　　1. Mr. Liebowitz is a lawyer licensed to practice law in New York. He is a member of the New York State Bar in good standing and member of the U.S. District Court for the Southern District of New York. His law office is in Valley Stream, New York. His Certificate of Good Standing for the New York State Bar is attached hereto as Exhibit A.

2. Mr. Liebowitz completed the online Local Rules tutorial exam [Confirmation Number: FLND15694442752683] and the CM/ECF onlie tutorials.

3. Mr. Liebowitz studied and is familiar with the Local Rules of this District.

4. Mr. Liebowitz has an active upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is rl@liebowitzlawfirm.com

5. Mr. Liebowitz is paying the required $201.00 *pro hac vice* fee for this case at the time of filing.

For these good reasons, Plaintiff asks this court to permit Richard Liebowitz to appear *pro hac vice* in this matter.

## **CERTIFICATE OF CONFERRAL**

Undersigned counsel conferred with counsel for defendant, Thomas Michael McDermott, who does not oppose this *pro hac vice* motion.

Respectfully submitted on September 30, 2019.

RICHARD P LIEBOWITZ
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
516-233-1660
Email: rl@liebowitzlawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements.

*s/richardliebowitz/*
**RICHARD LIEBOWITZ**

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

STATE OF INDIANA, SS:

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

### CARL CHRISTIAN SAUTTER

is a member of the bar of said Court since admission on <u>May 31, 1979</u>, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this <u>10th</u> day of <u>December</u>, 20_!§_.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA