## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| HELAYNE SEIDMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.: 0:19-cv-00165-AW-GRJ |
| | ) |
| PAGEZ MEDIA, LLC | ) |
| | ) |
| Defendant. | ) |
| | ) |

### OPPOSITION TO MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Come now Defendant, PAGEZ MEDIA, LLC, by and through undersigned counsel and hereby opposes the Motion for Leave to Appear *Pro Hac Vice* filed by Plaintiff's Counsel Richard Lieberman.  This motion is deficient on its face, because it does not show that Plaintiff's counsel Richard Liebowitz is admitted in any jurisdiction.

The exhibit attached to the motion states on its face that it is issued by the Supreme Court of the State of <u>Indiana</u>, and the certificate lists someone named "Carl Christian Sautter" (not one of the attorneys in this case) as a member of the State Bar of Indiana.

The other exhibit filed with the motion (i.e. the exhibit that was filed as a separate document, not attached to the motion itself) states that Richard Liebowitz is admitted to practice before the U.S. District Court for the Southern District of New York.  That certificate does not actually state that Mr. Liebowitz is licensed to practice law in that jurisdiction, or any other.

The undersigned conferred with Plaintiff's counsel and pointed out the error described above and opposing counsel stated they would re-file their motion (*see*, Exhibits A and B) but to date Plaintiff's counsel has not done so.

1

For the reasons cited above, the Motion for Leave to Appear Pro Hac Vice should be denied.

Respectfully submitted this 3rd day of October, 2019.

                                  LAW OFFICE OF THOMAS MCDERMOTT, LLC

                                  */s Thomas McDermott*
                                  Thomas McDermott
                                  Fla. Bar No. 0108906
                                  901 NW 8th Avenue, Suite B-17
                                  Gainesville FL 32601
                                  Tel. (352) 283-2114
                                  *mcdermott.lawyer@gmail.com*
                                  Attorney for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 3rd day of October, 2019, the foregoing Defendant's First Motion to Dismiss was served on Plaintiff's counsel Richard P. Liebowitz, Esq., *RPL@LiebowitzLawFirm.com*, via electronic mail.

                                                                                  */s Thomas McDermott*