

Thomas McDermott <mcdermott.lawyer@gmail.com>

### Re: Seidman v. Pagez Media, LLC, 19-cv-165: Consent to PHV Admission?
1 message

**James Freeman** <jf@liebowitzlawfirm.com>  Mon, Sep 30, 2019 at 6:42 PM
To: Thomas McDermott <mcdermott.lawyer@gmail.com>
Cc: Richard Liebowitz <RL@liebowitzlawfirm.com>

Oh, I see.  We'll re-file.



> On Mon, Sep 30, 2019 at 6:39 PM Thomas McDermott <mcdermott.lawyer@gmail.com> wrote:
>> Look at what you filed with your motion
>>
>> *Thomas McDermott*
>>
>> Law Office of Thomas McDermott
>> 901 NW 8th Avenue, Suite B-17
>> Gainesville FL 32601
>> 352-283-2114
>>
>> This electronic message is from the Law Office of Thomas McDermott and contains information that is confidential and privileged. If you believe you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this electronic message or its contents is prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone at (352) 283-2114.
>>
>>
>> On Mon, Sep 30, 2019 at 6:28 PM James Freeman <jf@liebowitzlawfirm.com> wrote:
>>> Hi Thomas:
>>>
>>> The attached exhibit is Richard's certificate of good standing from SDNY, dated Sept. 11, 2019.  That is the correct one - why do you believe it is incorrect?
>>>
>>> Thanks,
>>>
>>> James
>>>
>>> On Mon, Sep 30, 2019 at 6:25 PM Thomas McDermott <mcdermott.lawyer@gmail.com> wrote:
>>>> Please correct your motion.  You appear to have attached the wrong exhibit in support.
>>>>
>>>> *Thomas McDermott*
>>>>
>>>> Law Office of Thomas McDermott
>>>> 901 NW 8th Avenue, Suite B-17
>>>> Gainesville FL 32601
>>>> 352-283-2114
>>>>
>>>> This electronic message is from the Law Office of Thomas McDermott and contains information that is confidential and privileged. If you believe you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this electronic message or its contents is prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone at (352) 283-2114.
>>>>
>>>>
>>>> On Mon, Sep 30, 2019 at 1:35 PM James Freeman <jf@liebowitzlawfirm.com> wrote:
>>>>> Thank you.
>>>>>
>>>>> Best,
>>>>>
>>>>> James
>>>>>
>>>>> On Mon, Sep 30, 2019 at 1:34 PM Thomas McDermott <mcdermott.lawyer@gmail.com> wrote:
>>>>>> Hello Mr. Freeman,
>>>>>> Defendants do not object to the Court granting Plaintiff Counsel leave to appear Pro Hac Vice, so long as the motion is filed in compliance with local rules.  I am not certain that you can file the motion without first affiliating with local counsel, which is customarily required in pro hac vice motions.
>>>>>>
>>>>>> Hope that helps.
>>>>>>
>>>>>> *Thomas McDermott*
>>>>>>
>>>>>> Law Office of Thomas McDermott
>>>>>> 901 NW 8th Avenue, Suite B-17
>>>>>> Gainesville FL 32601
>>>>>> 352-283-2114
>>>>>>
>>>>>> This electronic message is from the Law Office of Thomas McDermott and contains information that is confidential and privileged. If you believe you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this electronic message or its contents is prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone at (352) 283-2114.

**EXHIBIT C**

Case 1:19-cv-00165-AW-GRJ   Document 9-3   Filed 10/03/19   Page 2 of 2

10/3/2019                          Gmail - Re: Seidman v. Pagez Media, LLC, 19-cv-165: Consent to PHV Admission?

On Mon, Sep 30, 2019 at 12:18 PM James Freeman <jf@liebowitzlawfirm.com> wrote:

Hi Thomas:

The Local Rules do not require an out-of-state attorney to retain local counsel. Local Rule 11.1(C) provides:

(C) **Appearing Pro Hac Vice.** An attorney who is a member in good standing of the bar of a jurisdiction where the attorney resides or regularly practices law may file a motion in a case for leave to appear pro hac vice. The attorney must pay the fee set by administrative order and must file proof of bar membership in the form the Clerk directs. Admission pro hac vice does not change the attorney's obligation to comply with Florida law on the unauthorized practice of law.

So Mr. Liebowitz may file the motion. We would like to know if Defendant opposes and, if so, the reasons for why so we can indicate as such in the motion.

Best,

James

On Sat, Sep 28, 2019 at 11:34 AM Thomas McDermott <mcdermott.lawyer@gmail.com> wrote:

Hello Mr. Freeman,
Your firm is not admitted to practice before the U.S. District Court for the Northern District of Florida. Please comply with the local rules for obtaining permission to appear pro hac vice.
Thank you,

*Thomas McDermott*

Law Office of Thomas McDermott
901 NW 8th Avenue, Suite B-17
Gainesville FL 32601
352-283-2114

This electronic message is from the Law Office of Thomas McDermott and contains information that is confidential and privileged. If you believe you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this electronic message or its contents is prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone at (352) 283-2114.

On Fri, Sep 27, 2019 at 5:40 PM James Freeman <jf@liebowitzlawfirm.com> wrote:

Hi Thomas:

Does Defendant consent to Plaintiff's application for Richard Liebowitz, Esq. to appear pro hac vice?

Thank you,

James

**EXHIBIT C**