UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION
CASE NO. 1:19-cv-00165-AW-GRK

HELAYNE SEIDMAN,
    *Plaintiffs*,

- vs -

PAGEZ MEDIA LLC
    *Defendant.*
_____/

# REPLY IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* BY RICHARD LIEBOWITZ, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

Pursuant to Local Rule 11.1(D), Plaintiff Helayne Seidman respectfully asks the Court to permit Richard Liebowitz, a licensed member of the New York State Bar, to appear *pro hac vice* in this matter.

1. Defendant opposes the application on two grounds. First, it states that the motion inadvertently attached a certificate of good standing from an unrelated lawyer from Indiana. This was filed inadvertently and the Court may disregard it. Plaintiff did not re-file the motion in its entirety because the ECF system sought to charge another $205 fee to re-file.

2. Second, Defendant argues that the S.D.N.Y. certificate of good standing attached as Exhibit A to Plaintiff's motion is invalid because "[that certificate does not actually state that Mr. Liebowitz is licensed to practice law in that jurisdiction, or any other.". This argument is non-sensical. Mr. Liebowitz cannot be admitted to practice in a federal court

of law without providing proof that he is admitted to practice law in the state where the district court resides. Defense counsel knows that so his argument should be deemed bad faith.

3. Accordingly, Plaintiff's motion should be granted.

Respectfully submitted on October 3, 2019.

        RICHARD P LIEBOWITZ
        LIEBOWITZ LAW FIRM, PLLC
        11 Sunrise Plaza, Suite 305
        Valley Stream, NY 11580
        516-233-1660
        Email: rl@liebowitzlawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on October 3, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements.

*s/richardliebowitz/*