IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HELAYNE SEIDMAN,

    Plaintiff,

v.                                        CASE No. 1:19-cv-165-AW-GRJ

PAGEZ MEDIA LLC,

    Defendant.
_____/

## **O R D E R**

Pending before the Court is ECF No. 8, the Motion to Appear *Pro Hac Vice* by Richard Liebowitz, Esq., as counsel for Plaintiff. The motion represents that Mr. Liebowitz is a member in good standing of the New York State Bar and that Mr. Liebowitz has completed the online Local Rules tutorial exam and the CM/ECF online tutorials. Movant has paid the $201 filing fee. ECF No. 8. Defendant opposes the motion because Mr. Liebowitz has not submitted a certificate of good standing evidencing bar membership. ECF No. 9.

Local Rule 11.1 describes the requirements to appear *pro hac vice*:

> An attorney who is a member in good standing of the bar of a jurisdiction where the attorney resides or regularly practices law may file a motion in a case for leave to appear *pro hac vice*. The attorney must pay the fee set by administrative order and <u>must file proof of bar membership in the form the Clerk directs</u>. Admission *pro hac vice*

does not change the attorney's obligation to comply with Florida law on the unauthorized practice of law.

N.D. Fla. Loc. R. 11.1(C) (emphasis added). There is also an education component, requiring an Attorney Admission Tutorial and a CM/ECF Tutorial. See N.D. Fla. Loc. R. 11.1(E).

Mr. Liebowitz has attached a certificate to his motion reflecting that "Carl Christian Sautter" is a member in good standing of the bar of the State of Indiana. Mr. Liebowitz also attached a certificate reflecting that he is admitted to practice before the United States District Court for the Southern District of New York. ECF No. 8, 8-1. As Defendant points out, neither of these exhibits certify that Mr. Liebowitz is a member in good standing of the Bar of the State of New York. See id.[1]

Accordingly, the motion to appear *pro hac vice*, ECF No. 8, is **DENIED**.

**DONE AND ORDERED** this 4th day of October 2019.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

---

[1] Instructions for completing the requirements may be found in the "Attorney Admission" section of the Court's public website: http://www.flnd.uscourts.gov/attorney#admission