# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION
# CASE NO. 1:19-cv-00165-AW-GRK

**HELAYNE SEIDMAN,**
*Plaintiffs*,

- vs -

**PAGEZ MEDIA LLC**
*Defendant.*

_____/

# PLAINTIFF'S MOTION FOR RECONSIDERATION FOR LEAVE TO APPEAR *PRO HAC VICE* BY RICHARD LIEBOWITZ, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF <u>ELECTRONIC FILING</u>

Pursuant to Local Rule 11.1(D), Plaintiff Helayne Seidman respectfully asks the Court to permit Richard Liebowitz, a licensed member of the New York State Bar, to appear *pro hac vice* in this matter.

1. Mr. Liebowitz is a lawyer licensed to practice law in New York. He is a member of the New York State Bar in good standing and member of the U.S. District Court for the Southern District of New York. His law office is in Valley Stream, New York. His Certificate of Good Standing for the New York State Bar is attached hereto as Exhibit A.

2. Mr. Liebowitz completed the online Local Rules tutorial exam [Confirmation Number: FLND15694442752683] and the CM/ECF online tutorials.

3. Mr. Liebowitz studied and is familiar with the Local Rules of this District.

4. Mr. Liebowitz has an active upgraded PACER account. He requests authorization to receive electronic notices of filing. His email address is rl@liebowitzlawfirm.com

5. Mr. Liebowitz has paid the required $201.00 *pro hac vice* fee for this case at the time of filing.

For these good reasons, Plaintiff asks this court to permit Richard Liebowitz to appear *pro hac vice* in this matter.

## **CERTIFICATE OF CONFERRAL**

Undersigned counsel previously conferred with counsel for defendant, Thomas Michael McDermott, in connection with the first motion who indicated that he did not oppose *pro hac vice* admission (provided that Liebowitz files valid certificates of good standing)

Respectfully submitted on October 8, 2019.

RICHARD P LIEBOWITZ LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305 Valley Stream, NY 11580 516-233-1660
Email: rl@liebowitzlawfirm.com

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of

record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements.

*s/richardliebowitz/*
**RICHARD LIEBOWITZ**