IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HELAYNE SEIDMAN,

    Plaintiff,

v.                                CASE No. 1:19-cv-165-AW-GRJ

PAGEZ MEDIA LLC,

    Defendant.

_____/

## O R D E R

Pending before the Court is ECF No. 12, a motion for reconsideration of the Court's order denying the motion to appear *pro hac vice* of Richard Liebowitz, Esq., as counsel for Plaintiff.  *See* ECF No. 11.  Mr. Liebowitz has corrected the deficiencies in his original motion.  The instant motion represents that Mr. Liebowitz is a member in good standing of the New York State Bar and the United States District Court for the Southern District of New York, and he has submitted certificates of good standing as evidence of same.  ECF No. 12, 12-1, 12-2.  Mr. Liebowitz has completed the online Local Rules tutorial exam and the CM/ECF online tutorials and has paid the $201 filing fee.

Accordingly, the motion, ECF No. 12, is **GRANTED** and Mr. Liebowitz

may appear *pro hac vice* as counsel for Plaintiff in this case.

**DONE AND ORDERED** this 9th day of October 2019.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge