**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| HELAYNE SEIDMAN, )<br><br>     Plaintiff,     )<br><br>v.                          )<br><br>PAGEZ MEDIA, LLC    )<br><br>     Defendant.     )<br>_____) | Case No.: 0:19-cv-00165-AW-GRJ |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant, Pagez Media, LLC, and pursuant to Fed.R.Civ.P. 7.1 hereby

files its Corporate Disclosure Statement, as follows:  Pagez Media, LLC has no parent corporation,

nor is there any publicly-traded corporation that owns 10% or more of the stock or membership

interests in Premier Plumbing and Leak, LLC.

Respectfully submitted this 8th day of November, 2019.

LAW OFFICE OF THOMAS MCDERMOTT, LLC

By: */s Thomas McDermott*
Thomas McDermott
Fla. Bar No. 0108906
901 NW 8th Avenue, Suite B-17
Gainesville FL 32601
Tel. (352) 283-2114
*mcdermott.lawyer@gmail.com*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 8th  day of November, 2019, the foregoing Corporate Disclosure Statement was served on Plaintiff's counsel Richard P. Liebowitz, Esq., *RPL@LiebowitzLawFirm.com*, via electronic mail.
                                                            */s Thomas McDermott*