# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**HELAYNE SEIDMAN,**

    **Plaintiff,**

**v.**                                                                    **Case No. 1:19-cv-165-AW-GRJ**

**PAGEZ MEDIA, LLC,**

    **Defendant.**

_____/

## ORDER DENYING MOTION TO DISMISS

Plaintiff's attorney, Richard Liebowitz, has been granted leave to appear in this case pro hac vice. ECF No. 13. Accordingly, Defendant's motion to dismiss, ECF No. 6, is DENIED.

SO ORDERED on November 14, 2019.

                                                               s/ *Allen Winsor*
                                                               United States District Judge