# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**HELAYNE SEIDMAN,**

    **Plaintiff,**

**v.**                                                      **Case No. 1:19-cv-165-AW-GRJ**

**PAGEZ MEDIA, LLC,**

    **Defendant.**

_____/

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

The Initial Scheduling Order required Plaintiff to initiate arrangements for the filing of the joint report. ECF No. 7 at 2. The time limit for filing the joint report has expired with no joint report having been filed. Accordingly, Plaintiff shall show cause, if any, no later than seven days from the date of this Order, why this case should not be dismissed for failure to comply with an order of the Court.

SO ORDERED on November 14, 2019.

                                            s/ *Allen Winsor*
                                            United States District Judge