UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

HELAYNE SEIDMAN

    Plaintiff,

v.

PAGEZ MEDIA LLC

    Defendant.

Case No.: 1:19-cv-165-AW-GRJ

# REPORT OF THE PARTIES' PLANNING MEETING

1. The following persons participated in the Rule 26 (f) conference on November 18, 2019 via telephone.
   a. Richard Liebowitz, Counsel for Plaintiff
   b. Thomas McDermott, Counsel for Defendant
2. Initial Disclosures will be completed by November 29, 2019.
3. Discovery Plan
   a. Discovery will be needed on the following topics:
      i. Number of visitors to the website
      ii. Profits from the use of the Photograph
      iii. Willfulness of the infringement
   b. End of Discovery- March 31, 2020
   c. Max Interrogatories- 30
   d. Max Admissions- 50
   e. Max Depositions for each side- 3
   f. Length of Depositions- 7 hrs
   g. No Experts Anticipated
4. Other Items
   a. Final dates to Amend Pleadings- January 31, 2020
   b. Jury Trial: 2-3 days


/s/Richard Liebowitz
Richard Liebowitz

Counsel for Plaintiff