## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**HELAYNE SEIDMAN,**

      **Plaintiff,**

**v.**                                               **Case No. 1:19-cv-165-AW-GRJ**

**PAGEZ MEDIA, LLC,**

      **Defendant.**

_____/

## ORDER STRIKING RULE 26(F) REPORT

Plaintiff has filed a "Report of the Parties' Planning Meeting." ECF No. 17. The document is stricken because it does not comply with the Court's Initial Scheduling Order, which required a joint report with specified contents. ECF No. 7 at 2 ("In addition to the matters set out in Rule 26(f), the following shall also be discussed at the conference and specifically addressed in the joint report . . . ."). The parties shall promptly comply with that order. *See* ECF No. 7 at 2 ("The plaintiff shall initiate arrangements for the conference and filing of the report, but the Court shall hold all parties equally responsible for insuring that the conference is held and the report filed as required.").

SO ORDERED on November 20, 2019.

s/ *Allen Winsor*_____
United States District Judge