UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HELAYNE SEIDMAN<br><br>                    Plaintiff,<br><br>     v.<br><br>PAGEZ MEDIA LLC<br><br>                    Defendant. | NOTICE OF SETTLEMENT AND DISMISAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))<br><br>Case No.: 1:19-cv-165 |

IT IS HEREBY NOTICED that a settlement has been reached between Plaintiff Helayne Seidman and Defendant Pagez Media LLC thus the above action should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: November 22, 2019
*Attorneys for Plaintiff Helayne Seidman*