IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**HELAYNE SEIDMAN,**

    **Plaintiff,**

v.                                                                          Case No. 1:19-cv-165-AW-GRJ

**PAGEZ MEDIA, LLC,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE AND CLOSING FILE

Plaintiff has filed a notice of voluntary dismissal with prejudice, citing to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 19). The notice does not take effect without a court order, because Defendant did not sign it, *see id.*, and because Defendant previously served an answer (ECF No. 5). *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Court construes the notice as a motion for dismissal under Federal Rule of Civil Procedure 41(a)(2), and—based on Plaintiff's indication that "a settlement has been reached between Plaintiff Helayne Seidman and Defendant Pagez Media LLC" (ECF No. 19)—the Court construes the motion as unopposed.\*

The Court GRANTS the unopposed motion (ECF No. 19), and the case is DISMISSED WITH PREJUDICE. The Clerk will close the file.

---

\* If Defendant does oppose the motion, it may promptly (and no later than seven days from the date of this order) file a motion for reconsideration. In that instance, the Court will consider the matter de novo.

1

SO ORDERED on November 25, 2019.

                                                        s/ *Allen Winsor*
                                                       United States District Judge