AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED<br>1:19-cv-165-AW-GRJ   8/20/2019 | US District Court Northern District of Florida<br>Office of the Clerk<br>401 SE 1st Ave, Suite 243, Gainesville FL 32601 |
| PLAINTIFF<br>HELAYNE SEIDMAN | DEFENDANT<br>PAGEZ MEDIA LLC |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | | ***SEE ATTACHED COMPLAINT *** | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☒ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED<br>11/25/2019 |
|---|---|---|
| CLERK<br>s/ JESSICA J LYUBLANOVITS | (BY) DEPUTY CLERK<br>s/ KELLI MALU, Deputy Clerk | DATE<br>8/21/2019 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy


FILED USDC FLND GV
MAY 19 '22 PM3:09

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**HELAYNE SEIDMAN,**

    **Plaintiff,**

**v.**                                                                    Case No. 1:19-cv-165-AW-GRJ

**PAGEZ MEDIA, LLC,**

    **Defendant.**

_____/

## ORDER DISMISSING CASE AND CLOSING FILE

Plaintiff has filed a notice of voluntary dismissal with prejudice, citing to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (ECF No. 19). The notice does not take effect without a court order, because Defendant did not sign it, *see id.*, and because Defendant previously served an answer (ECF No. 5). *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Court construes the notice as a motion for dismissal under Federal Rule of Civil Procedure 41(a)(2), and—based on Plaintiff's indication that "a settlement has been reached between Plaintiff Helayne Seidman and Defendant Pagez Media LLC" (ECF No. 19)—the Court construes the motion as unopposed.\*

The Court GRANTS the unopposed motion (ECF No. 19), and the case is DISMISSED WITH PREJUDICE. The Clerk will close the file.

---

\* If Defendant does oppose the motion, it may promptly (and no later than seven days from the date of this order) file a motion for reconsideration. In that instance, the Court will consider the matter de novo.

1

SO ORDERED on November 25, 2019.

*s/ Allen Winsor*
United States District Judge